No. 73–1146.  TESTA *v.* UNITED STATES.  C. A. 3d Cir. Certiorari denied.  MR. JUSTICE DOUGLAS would grant certiorari.

No. 73–1192.  PFINGST *v.* UNITED STATES.  C. A. 2d Cir.  Certiorari denied.  MR. JUSTICE DOUGLAS would grant certiorari.

No. 73–1239.  DUROVIC *v.* COMMISSIONER OF INTERNAL REVENUE.  C. A. 7th Cir.  Certiorari denied. MR. JUSTICE DOUGLAS would grant certiorari.

No. 73–1257.  KIRBY *v.* UNITED STATES.  Ct. Cl.  Certiorari denied.  MR. JUSTICE DOUGLAS would grant certiorari.

No. 73–1311.  PAPADOPOULOS *v.* OREGON STATE BOARD OF HIGHER EDUCATION.  Ct. App. Ore.  Certiorari denied.  MR. JUSTICE DOUGLAS would grant certiorari.

No. 73–5730.  DIPIETRO *v.* UNITED STATES.  C. A. 2d Cir.  Certiorari denied.  MR. JUSTICE DOUGLAS would grant certiorari.

No. 73–6256.  NUCCIO *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.  MR. JUSTICE DOUGLAS would grant certiorari.

No. 73–6274.  BRADSHAW *v.* FLORIDA.  Sup. Ct. Fla. Certiorari denied.  MR. JUSTICE DOUGLAS would grant certiorari.

No. 73–6284.  SPRIGGS *v.* UNITED STATES.  C. A. D. C. Cir.  Certiorari denied.  MR. JUSTICE DOUGLAS would grant certiorari.